# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 07-9011-MC-W-FJG |
| | ) |
| BRIAN STRICKLAND, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Currently pending before the Court is the Report and Recommendation issued by Judge John T. Maughmer on November 30, 2007 (Doc. # 7) and the Government's Motion Directing the Respondent to Fully Comply With the IRS Summons (Doc. # 10).

On April 10, 2007, the above referenced case was referred to Judge John T. Maughmer for processing and handling. On November 30, 2007, Judge Maughmer issued a report and recommendation directing Strickland to comply with the summons within sixty days. Strickland submitted a handwritten response on December 19, 2007, stating that he would comply with the summons by January 16, 2008. Revenue Officer Andrea Duggar met with Strickland on January 16, 2008 and he partially complied with the summons by providing tax returns for some years and providing additional tax returns on January 17, 2008. At that time Strickland promised that he would fully comply by producing all documents requested by February 15, 2008. However, Strickland failed to provide any documents on that date and has still failed to provide documents or records in his possession or control reflecting the receipt of taxable

income for the years ended December 31, 2001 and December 31, 2002.  The United States requests that the Court order Strickland to fully comply with the Internal Revenue Service Summons by providing all documents and records in his possession or control as requested in the Summons.  Strickland did not file a response to the Government's Motion for Enforcement of the Summons.

The Court, after independent review of the record, adopts and incorporates by reference herein, Judge Maughmer's findings and conclusions.  Therefore, the Court hereby **ADOPTS** Judge Maughmer's Report and Recommendation (Doc. # 7) and **GRANTS** petitioner's Motion for Enforcement of the Summons (Doc. # 10). Respondent Strickland  is hereby **ORDERED** to fully comply with the Summons within twenty (20) days of the date of this Order.


Date:  4/29/08
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge